UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 1:21-cr-00124 |
| VERSUS | * | 18 U.S.C. § 844(i) DISTRICT |
| | * | JUDGE JOSEPH |
| JASMINE ROBERSON | * | MAGISTRATE JUDGE PEREZ-MONTES |

**BILL OF INFORMATION**

THE UNITED STATES ATTORNEY CHARGES:

**Count 1
Arson
[18 U.S.C. § 844(i)]**

On or about April 20, 2019, in the Western District of Louisiana, the defendant, **Jasmine Roberson**, maliciously attempted to damage and destroy, by means of fire and explosive materials, the building at 1771 Elliott Street, Alexandria, Louisiana, which was real property used in interstate commerce, all in violation of Title 18, United States Code, section 844(i).

ALEXANDER C. VAN HOOK
Acting United States Attorney

J. Aaron Crawford (LA Bar 31682)
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, LA 71101
Telephone: (318) 676.3600